UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON CALDERON,

                     Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.

22-CV-5282 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated August 1, 2022, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the action, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed for Plaintiff's failure to exhaust his administrative remedies, without prejudice to Plaintiff filing a new action after he has exhausted his administrative remedies.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   October 5, 2022
           New York, New York

                                            /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                          Chief United States District Judge